# UNITED STATES DISTRICT COURT

## Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101−8900
Phone: (619) 557−5600
Fax: (619) 702−9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 5, 2008

Clerk, U.S. District Court
Eastern District of California
501 I Street
Sacramento. CA 95814−7300

Re: Kenneth Michael Ferguson v. D K Sisto, Case No. 3:08−cv−00955−JLS−WMC

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ M. Zvers, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH MICHAEL FERGUSON, Petitioner, vs. D. K SISTO, Warden Respondent. | Civil No. 08-0955 JLS (WMc) **ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed pursuant to 28 U.S.C.A. § 2254 (West Supp. 2007). Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice.

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner is presently confined at California State Prison, located in Solano County, which is within the jurisdictional boundaries of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). Petitioner's is challenging a determination by the Board of Prison Terms which occurred in Solano County, thus also within the jurisdiction of the United States District Court for the Eastern District of

California. *See id*. Therefore, jurisdiction exists in the Eastern District, not in the Southern District.

Although this Court does not have jurisdiction over the action, "[u]nder a provision of the Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of jurisdiction the court shall transfer the action to any other such court in which the action could have been brought 'if it is in the interest of justice.'" *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990) (citing *In re McCauley*, 814 F.2d 1350, 1351-52 (9th Cir. 1987)). The Ninth Circuit has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will be in the interest of justice because normally dismissal of an action that could be brought elsewhere is "time-consuming and justice-defeating." *Miller*, 905 F.2d at 262 (quoting *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 467 (1962). Therefore, pursuant to 28 U.S.C. § 1631, this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C. § 2241(d).

When a habeas petitioner is challenging a parole determination, the district court of the district in which the hearing and determination took place is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it is generally the practice of the district courts in California to transfer habeas actions questioning parole determinations to the district in which the hearing took place. Any and all records, witnesses and evidence necessary for the resolution of Petitioner's contentions are more readily available in Solano County. *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can, of course, transfer habeas cases to the district of conviction which is ordinarily a more convenient forum). Therefore, in the furtherance of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 2241(d).

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

DATED: June 5, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge