Dawn Waggoner/CAED/09/USCOURTS

06/05/2008 04:25 PM

To efile_information@casd.uscourts.gov

cc Jeremy Donati

bcc

Subject Re: Case ready for transfer

This case has been opened in the Eastern District as 2:08-cv-1262 EFB (HC).

efile_information@casd.uscourts.gov

06/05/2008 03:49 PM

To InterdistrictTransfer_CAED@caed.uscourts.gov

cc

Subject Case ready for transfer

```
CASE: 3:08-cv-00955
     Title  : Ferguson v. Sisto
     NOS    : 530 (Habeas Corpus (General))
     Cause  : 28:2254 (28:2254 Petition for Writ of Habeas Corpus (State))
REASON: Case is ready for transfer from Southern District of California.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.

//ecf.casd.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./caed/casd_308cv00955_t
ar.gz&checkSum=06350&fileSize=11717258
```